UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
SUSAN J. YAMIN,              )
      Plaintiff              )
                             )
            v.               )  C.A. NO. 05-30191-MAP
                             )
CITY OF WESTFIELD POLICE     )
DEPT., ET AL,                )
      Defendants             )
```

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL
PURSUANT TO 28 U.S.C. § 1915(e)
(Docket No. 3)

September 21, 2005

PONSOR, D.J.

Plaintiff has brought a variety of claims against the City of Westfield Police Department, its officers, the District Court of Westfield and the Hampden County District Attorney's Office. Magistrate Judge Kenneth P. Neiman reviewed the complaint pursuant to 28 U.S.C. § 1915(e) and on August 25, 2005 recommended that the complaint be dismissed. No objection to this Report and Recommendation has been filed by the plaintiff in accordance with Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

For the reasons set forth in detail at pp. 3-4 of the Report and Recommendation, this complaint is manifestly subject to dismissal. The court accordingly ADOPTS the Report and Recommendation of Magistrate Judge Kenneth P.

Neiman dated August 25, 2005, upon <u>de</u> <u>novo</u> review. The case is hereby ordered DISMISSED and may now be closed.

It is So Ordered.

<u>/s/ Michael A. Ponsor</u>
MICHAEL A. PONSOR
U. S. District Judge
