UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SUSAN J. YAMIN
        Plaintiff(s)

v.                   CIVIL ACTION: 05-30191-MAP

CITY OF WESTFIELD POLICE DEPARTMENT,
ET AL
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT OF DISMISSAL entered pursuant to the Memorandum and Order of the Court entered this date adopting the Magistrate Judge's Report and Recommendation for Summary Dismissal of this case.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

Dated: September 21, 2005              By   /s/ Mary Finn
                                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                     [jgm.]